**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-50175 |
| Plaintiff-Appellee, | D.C. No. 5:13-cr-00086-JGB |
| v. | |
| SANG HING WONG, Jr., | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Jesus G. Bernal, District Judge, Presiding

Submitted September 12, 2018[**]

Before: LEAVY, HAWKINS, and TALLMAN, Circuit Judges.

Sang Hing Wong, Jr., appeals from the district court's judgment revoking

his supervised release and imposing a 37-month sentence. We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

Wong contends that the district court erred in denying his request to

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

continue his revocation hearing pending the resolution of his 28 U.S.C. § 2254 habeas petition. The government argues that Wong's request should be construed as a request for a stay, rather than a request for a continuance. We need not resolve that question because the district court did not abuse its discretion by denying the request, even if it is considered as a request for a continuance. *See United States v. Rivera-Guerrero*, 426 F.3d 1130, 1138 (9th Cir. 2005). In light of the circumstances of this case, the district court's decision to deny Wong's twelfth request for a continuance was not "arbitrary or unreasonable." *Id.* (internal quotations omitted).

**AFFIRMED.**